**CGFD28** (10/01/16)

**ORDERED in the Southern District of Florida on November 19, 2026**

**Robert A Mark**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26−19329−RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jose Miguel Villegas
aka Jose M. Villegas, aka Jose Villegas
201 Crandon Blvd, Apt 630
Key Biscayne, FL 33149−1522

SSN: xxx−xx−0791

# FINAL DECREE

The trustee, Robert A Angueira, having filed a final report that the estate has been fully administered, is discharged and the case is closed.